TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA ISAACS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL JOSEY, an individual; VANCORE INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | CASE NO.: |

**NOTICE OF REMOVAL**

Defendant, RANDALL JOSEY ("Josey") and VANCORE INC. ("Vancore"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§1332, 1441, and 1446 hereby notifies this Court that it is removing the above-captioned action currently pending in Eighth Judicial District Court of the State of Nevada in and for the County of Clark to the United States District Court for the District of Nevada.  In support of this Notice of Removal, Josey and Vancore states as follows:

1.  Plaintiff, Rebecca Isaacs ("Plaintiff") filed her Complaint against Josey and Vancore in Department 16 of the Eighth Judicial District Court in Clark County Nevada, on February 10, 2022 (hereinafter "State Court Action").

2.  Thereafter, Plaintiff served Josey and Vancore with the State Court Action.

1

3.      On May 13, 2022, Plaintiff served Josey and Vancore with "Plaintiff's Request for Exemption from Arbitration" which specified that:

    a.      Plaintiff had incurred medical expenses of $32,588.44.

    b.      Plaintiff has a recommendation for a procedure at a cost of $15,790.00.

    c.      Plaintiff asserted that this litigation involves amounts in excess of $50,000, and exemption from Nevada's court-annexed arbitration program was proper.

4.      In accordance with 28 U.S.C. §1446(b)(3), Plaintiff's May 13, 2022 Petition for Exemption from Arbitration represented the first filing in the State Court Action from which it could be ascertained that the matter "..[was] one or [had] become one which [was] removable…"  Thus, this Notice of Removal is filed with this Court within thirty (30) days of Josey and Vancore's receipt of "Plaintiff's Request for Exemption from Arbitration" as required by 28 U.S.C. §1446(b)(2) and is, therefore, timely filed.  *See*, *Harris v. Bankers Life and Casualty Company,* 425 F.3d 689 (9th Cir. 2005).

5.      A true and correct copy of all papers filed in the State Court Action are attached hereto as Exhibit "A."  There are no matters currently pending in the State Court Action that require resolution by this Court.

6.      The basis for removal to federal court is diversity jurisdiction pursuant to 28 U.S.C. §1332, because (1) there is complete diversity of citizenship between Plaintiff, Josey and Vancore; and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7.      In accordance with 28 U.S.C. §1446(d) Josey and Vancore will contemporaneously file a copy of this Notice of Removal with the Clerk of the Eighth Judicial District Court in Clark County, Nevada and will also provide written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff's counsel.

8.      As required by 28 U.S.C. §1441, Josey and Vancore are removing this action to

the United States District Court for the District of Nevada, which is the District Court embracing the place where the State Court Action has been filed.

## DIVERSITY OF CITIZENSHIP

9. Plaintiff is or was a resident of the Clark County in the state of Nevada.

10. Josey is a resident of the state of Georgia.

11. Vancore is organized and existing under the laws of the State of Illinois, with its principal place of business in Illinois.

12. Accordingly, complete diversity of citizenship existed between Plaintiff, Josey and Vancore at the time Plaintiff's State Court Action was filed, and complete diversity of citizenship exists at the time of removal.

13. Venue lies in the Court because Plaintiff's action is pending in this district and division. *See*, 28 U.S.C. §1441(a).

## AMOUNT IN CONTROVERSY

14. As required by 28 U.S.C. §1332, the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs.

15. Plaintiff has incurred medical expenses to date of $32,588.44. Plaintiff has received a recommendation for a future procedure with estimated costs of $15,790.00. Plaintiff is currently alleging $48,378.44 in past and future medical expenses. Plaintiff is also making a claim for general damages "in an amount exceeding $15,000.00".

16. Based upon the foregoing, Josey and Vancore have met its burden of showing that the amount in controversy exceeds the jurisdiction requirement of $75,000.00.

17. Since complete diversity exists between Plaintiff, Josey and Vancore, and because Plaintiff is seeking damages in excess of the $75,000.00 jurisdictional threshold, Josey and Vancore may remove this action pursuant to 28 U.S.C. §§ 1332 and 1441(b). This action is

3

one over which the United States District Courts have original jurisdiction by reason of the diversity of citizenship of the parties.

18. Furthermore, this Notice of Removal is timely as it is being filed less than thirty (30) days after service of Plaintiff's May 13, 2022 Request for Exemption from Arbitration which represented the first filing in the State Court Action from which it could be ascertained that the matter "…[was] one or [had] become one which [was] removable…" *See*, 28 U.S.C. §1446(b)(2), and *Harris v. Bankers Life and Casualty Company*, 425 F.3d 689 (9th Cir. 2005).

WHEREFORE, Josey and Vancore respectfully request that the above-captioned action now pending in the Eighth Judicial District Court, in Clark County, Nevada be removed to United States District Court for the District of Nevada, and that said District Court assume jurisdiction of this action and enter such other and further orders as may be necessary to accomplish the requested removal.

DATED this 18th day of May, 2022.

Respectfully submitted,

RAY LEGO & ASSOCIATES

___/s/ Timothy F. Hunter_____
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113

Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**

4

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that, on the 18th day of May, 2022, I caused the foregoing **NOTICE OF REMOVAL** to be served as follows:

_X___ pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**

_____/s/ Nancy L. Berry_____
An employee of RAY LEGO & ASSOCIATES

5