# EXHIBIT A

Electronically Issued
2/10/2022 10:30 AM

1   **SEI**
Paul D. Powell, Esq. (SBN 7488)
2   Ryan T. O'Malley, Esq. (SBN 12461)
Tom W. Stewart, Esq. (SBN 14280)
3   Jared D. Powell, Esq. (SBN 15086)
Traysen N. Turner, Esq. (SBN 16017)
4   **The Powell Law Firm**
8918 Spanish Ridge Avenue, Suite 100
5   Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
6   tstewart@tplf.com | jared@tplf.com | tturner@tplf.com
Phone: 702.728.5500 | Facsimile: 702.728.5501
7   *Attorneys for Plaintiff*

8

9                           EIGHTH JUDICIAL DISTRICT COURT

10                              CLARK COUNTY, NEVADA

11   REBECCA ISAACS, an individual,                    CASE NO: A-22-848096-C
                                           Case No.
12              Plaintiff,                  Dept. No.   Department 16

13
                v.
14                                          **SUMMONS**

15   RANDALL JOSEY, an individual; VANCORE
INC., a foreign corporation; DOE INDIVIDUALS
16   I-X, inclusive; and ROE CORPORATIONS I-X,
inclusive,
17
18              Defendants.

19

20   **NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU WITHOUT
YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READ THE INFORMATION
21   BELOW.**
                          **VANCORE INC., a foreign corporation**
22

23   TO THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the
relief set forth in the Complaint.
24   1.      If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day
of service, you must do the following:
25             a.      File with the Clerk of this Court, whose address is shown below, a formal written response to the
                       Complaint in accordance with the rules of the Court, with the appropriate filing fee.
26             b.      Serve a copy of your response upon the attorney whose name and address is shown below.
2.      Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a
27   judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or
other relief requested in the Complaint
28   3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response
may be filed on time.

- 1 -

1     4.     The State of Nevada , its political subdivisions, agencies , officers, board members, commission members and
2   legislators , each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

3

4   Issued at the direction of:

5

6

7

8   Paul D. Powell, Esq.
     Nevada Bar No. 7448

9   Jared D. Powell, Esq.
     Nevada Bar No. 15086

10  Tom W. Stewart, Esq.
     Nevada Bar No. 14280

11  Jonathon C. Roberts, Esq.
     Nevada Bar No. 13573

12  THE POWELL LAW FIRM

13  8918 Spanish Ridge Avenue, Suite 100

14  Las Vegas, Nevada 89148

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEVEN D. GRIERSON

CLERK OF THE COURT

2/11/2022

Ofelia David

DEPUTY CLERK       DATE

County Courthouse
200 Lewis Avenue, 3rd Floor, Suite 3125
Las Vegas, Nevada 89155

- 2 -

Electronically Filed
2/10/2022 10:30 AM
Steven D. Grierson
CLERK OF THE COURT

1  Paul D. Powell, Esq. (SBN 7488)
2  Traysen N. Turner, Esq. (SBN 16017)
   **THE POWELL LAW FIRM**
3  8918 Spanish Ridge Avenue, Suite 100
   Las Vegas, Nevada 89148
4  paul@tplf.com | tturner@tplf.com
   Phone 702.728.5500 | Fax 702.728.5501
5  Attorneys for Plaintiff

CASE NO: A-22-848096-C
Department 16

6                  **EIGHTH JUDICIAL DISTRICT COURT**

7                        **CLARK COUNTY, NEVADA**

8  REBECCA ISAACS, an individual,              Case No.
                                               Dept. No.
9                   Plaintiff,

10       v.                                    **COMPLAINT**

11 RANDALL JOSEY, an individual; VANCORE       **DEMAND FOR JURY TRIAL**
   INC., a foreign corporation; DOE
12 INDIVIDUALS I-X, inclusive; and ROE
   CORPORATIONS I-X, inclusive,
13
                    Defendants.
14

15       Plaintiff Rebecca Isaacs complains against Defendants Randall Josey and Vancore Inc. as

16 follows:

17                         **THE PARTIES**

18       1.    Plaintiff Rebecca Isaacs is and was a resident of Clark County, Nevada for all

19 times relevant herein.

20       2.    Upon information and belief, Defendant Randall Josey is and was a resident of the

21 State of Georgia for all times relevant herein.

22       3.    Upon information and belief, Defendant Vancore Inc. is a foreign corporation

23 organized in the state of Illinois.

24       4.    The true names and capacities of the defendants designated as Doe or Roe

25 Corporations are unknown to Plaintiff, who therefore sues those defendants by fictitious names.

26 When the true names and capacities of these defendants are ascertained, Plaintiff will seasonably

27 amend this Complaint.

                                1

1    5.    For all times relevant, Defendants were agents, servants, employees, or joint

2   venturers of every other Defendant and were acting within the scope and course of said agency,

3   employment, or joint venture, with knowledge and permission and consent of all other named

4   Defendants.

5                              **JURISDICTION AND VENUE**

6    6.    This Court possesses personal jurisdiction over Defendants because (1)

7   Defendants' residence, domicile, and/or business activities and contacts in Nevada have been and

8   continue to be so substantial, continuous, and systematic that the defendants are deemed present

9   in the forum; and (2) the obligations, acts, and omissions complained of in this Complaint were

10  incurred and committed, in whole or in part, in Nevada, and thus, Defendants have had sufficient

11  minimum contacts with this forum such that the exercise of personal jurisdiction over them will

12  not offend traditional notions of fair play and substantial justice.

13   7.    This Court possesses subject-matter jurisdiction over this matter because Clark

14  County, Nevada is the judicial district in which a substantial part of the events or omissions giving

15  rise to the claims set forth herein occurred.

16   8.    Venue is proper in this Court because a substantial part of the events or omissions

17  giving rise to this action occurred in this District, the alleged acts took place in this District, and

18  Defendants are otherwise subject to the Court's personal jurisdiction.

19                              **GENERAL ALLEGATIONS**

20   9.    This complaint involves a car crash that took place on July 14, 2021.

21   10.   At the time of the crash, Plaintiff Rebecca Isaacs was driving a 2013 Kia Soul.

22   11.   Defendant Randall Josey was driving a 2016 Peterbilt Truck Tractor Semi in the

23  course and scope of his employment with Defendant Vancore Inc.

24   12.   Immediately prior to the crash, Plaintiff Rebecca Isaacs was traveling south on

25  IR15.

26   13.   Defendant Randall Josey was traveling south on IR15 directly behind Plaintiff

27  Rebecca Isaacs.

14.     Defendant Randall Josey failed to stop for traffic and crashed his Semi into the rear of Plaintiff Rebecca Isaacs Kia.

15.     Nevada Highway Patrol ("NHP") arrived at the crash scene and performed an investigation.

16.     The investigating NHP officer cited Defendant Randall Josey for violating NRS 484B.603 which requires drivers to decrease their speed to avoid colliding with other vehicles.

17.     As a driver in Nevada, Defendant Randall Josey was obligated to know the rules of the road, the traffic laws, and the driving practices that make the roads safe for all users.

18.     Driving on Nevada roadways can be dangerous unless safety rules are followed.

19.     Defendant Randall Josey's negligence has caused Plaintiff Rebecca Isaacs to sustain physical and emotional injuries, all or some of which conditions may be permanent and disabling, and all to Plaintiff Rebecca Isaacs's damages in a sum in excess of $15,000.00.

20.     Defendant Randall Josey's negligence has required Plaintiff Rebecca Isaacs to receive ongoing medical care and other treatment for the aforementioned injuries.

21.     Plaintiff Rebecca Isaacs's injuries have limited her occupational and recreational activities, which has caused Plaintiff Rebecca Isaacs a loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life. These damages are ongoing.

22.     As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff Rebecca Isaacs has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

### FIRST CAUSE OF ACTION

23.     Plaintiff Rebecca Isaacs incorporates all prior paragraphs as though fully set forth here.

24.     Defendant Randall Josey owed a duty of care to operate the Semi safely.

25.     Defendant Randall Josey breached his duty of care by failing to stop for traffic and causing a crash with Plaintiff Rebecca Isaacs.

26.     Defendant Randall Josey's breach of duty caused the damages to Plaintiff Rebecca Isaacs which exceed $15,000.

### SECOND CAUSE OF ACTION

27.     Plaintiff Rebecca Isaacs incorporates all prior paragraphs as though fully set forth here.

28.     Defendant Vancore Inc. had custody and control of the Semi. Defendant Vancore Inc. did entrust the Semi to the control of Defendant Randall Josey.

29.     Defendant Randall Josey was incompetent, inexperienced, or reckless in the operation of the Semi.

30.     Defendant Vancore Inc., actually knew, or by the exercise of reasonable care, should have known that Defendant Randall Josey was incompetent, inexperienced, or reckless in the operation of motor vehicles.

31.     Plaintiff Rebecca Isaacs was injured as a proximate consequence of the negligence and incompetence of Defendant Randall Josey.

32.     As a direct and proximate cause of the negligent entrustment of the Semi by Defendant Vancore Inc. to Defendant Randall Josey, Plaintiff Rebecca Isaacs has been damaged in an amount in excess of $15,000.00.

### THIRD CAUSE OF ACTION

33.     Plaintiff Rebecca Isaacs incorporates all prior paragraphs as though fully set forth here.

34.     Defendant Vancore Inc. had a duty to ensure the safety of others by conducting reasonable background checks of its employees; by hiring individuals who were fit and competent to perform their jobs without causing harm to others; by providing proper training to its employees on how to operate equipment; and by adequately supervising its employees so as to ensure they were performing their work in a competent and safe manner.

4

35.    Defendant Vancore Inc. breached that duty in the following respects, amongst others:

     a.  By not conducting reasonable background checks on its employees;

     b.  By not hiring proper and fit entities and/or individuals to perform its work;

     c.  By not adequately training its employees to operate equipment or provide services in a safe manner;

     d.  By not providing proper supervision and control over said individuals to maintain the safety of others; and/or

     e.  By not otherwise exercising due care in the hiring and/or supervision of said entities and/or individuals.

36.    Plaintiff Rebecca Isaacs has been damaged as a direct and proximate result thereof in an amount in excess of $15,000.00.

## DEMAND FOR JURY TRIAL

37.    Pursuant to NRCP 38, Plaintiff Rebecca Isaacs demands a jury trial on the issues and claims in this complaint.

. . .

. . .

. . .

5

### PRAYER FOR RELIEF

Plaintiff Rebecca Isaacs prays for judgment against Defendants as follows:

1.    General damages sustained by Plaintiff Rebecca Isaacs in an amount exceeding $15,000;

2.    Special damages sustained by Plaintiff Rebecca Isaacs in an amount exceeding $15,000;

3.    Reasonable attorney's fees and costs;

4.    Property damages sustained by Plaintiff Rebecca Isaacs;

5.    Interest at the statutory rate; and

6.    Any other relief the Court deems just and proper.

Dated this 10th day of February 2022.

THE POWELL LAW FIRM

/s/ Traysen N. Turner
Paul D. Powell (SBN 7488)
Traysen N. Turner, Esq. (SBN 16017)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

6

**Electronically Filed**
4/25/2022 3:31 PM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **RANDALL JOSEY
and VANCORE, INC.**

*Ray Lego & Associates*
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| REBECCA ISAACS, an individual | **CASE NO.:    A-22-848096-C** |
| Plaintiff, | **DEPT. NO.:   16** |
| vs. | |
| RANDALL        JOSEY,        an        individual;<br>VANCORE INC., a foreign corporation; DOE<br>INDIVIDUALS I-X, inclusive; and ROE<br>CORPORATIONS 1-X, inclusive, | |
| Defendants. | |

### DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)

Pursuant to Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

| | |
|---|---|
| Defendant, Randall Josey, an individual | $223.00 |
| Defendant, Vancore, Inc., a Corporation | + 30.00 |
| TOTAL REMITTED: | **$253.00** |

DATED this 25th day of April, 2022.

Respectfully submitted,

RAY LEGO & ASSOCIATES

_____/s/ Timothy F. Hunter_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Attorney for Defendants, **RANDALL JOSEY and
VANCORE, INC.**

1

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that, on the 25th day of April, 2022, I caused the foregoing **DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)**, to be served as follows:

_√__   pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**


_____*/s/ Nancy L. Berry*_____
An employee of RAY LEGO & ASSOCIATES

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

Electronically Filed
4/25/2022 3:31 PM
Steven D. Grierson
CLERK OF THE COURT

1  **ANSC**
TIMOTHY F. HUNTER, ESQ.
2  Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
3  7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
4  Tel:    (702) 479-4350
Fax:    (702) 270-4602
5  tfhunter@travelers.com

6  Attorney for Defendants, **RANDALL JOSEY**
**and VANCORE, INC.**

7

8

DISTRICT COURT

CLARK COUNTY, NEVADA

9

10  REBECCA ISAACS, an individual          **CASE NO.:   A-22-848096-C**

Plaintiff,          **DEPT. NO.:  16**
11

vs.
12

13  RANDALL    JOSEY,    an    individual;
VANCORE INC., a foreign corporation; DOE
14  INDIVIDUALS  I-X,  inclusive;  and  ROE
CORPORATIONS 1-X, inclusive,
15
Defendants.

16  **DEFENDANTS, RANDALL JOSEY AND VANCORE, INC.'S, ANSWER TO**
**PLAINTIFF'S COMPLAINT**

17

18          Defendants, RANDALL JOSEY and VANCORE, INC. (hereinafter referred to as

19  "Answering Defendants"), by and through their attorney, Timothy F. Hunter, Esq., of RAY

LEGO & ASSOCIATES, hereby answer Plaintiff's Complaint as follows:
20

**THE PARTIES**
21

22          1.          Answering Paragraphs 1 and 4 of Plaintiff's Complaint on file herein, these

23  Answering Defendants lack knowledge, information, and belief as to the truth or falsity of the

allegations set forth therein and therefore DENY same.
24

25          2.          Answering Paragraphs 2 and 3 of Plaintiff's Complaint on file herein, these

Answering Defendants ADMIT the allegations set forth therein.
26

27          3.          Answering Paragraph 5 of Plaintiff's Complaint on file herein, this paragraph

28  states a legal conclusion and no response is required by these Answering Defendants; however,

*Ray Lego & Associates*
*7450 Arroyo Crossing Parkway, Suite 250*
*Las Vegas, Nevada 89113*
*Telephone No. (702) 479-4350*
*Facsimile No. (702) 270-4602*

1

to the extent a response is deemed necessary, these Answering Defendants DENY the allegations set forth therein.

## JURISDICTION AND VENUE

4.      Answering Paragraphs 6, 7 and 8 of Plaintiff's Complaint on file herein, these paragraphs state a legal conclusion and no response is required by these Answering Defendants; however, to the extent a response is deemed necessary, these Answering Defendants DENY the allegations set forth therein.

## GENERAL ALLEGATIONS

5.      Answering Paragraphs 9, 10, 11, 12, 13 and 17 of Plaintiff's Complaint on file herein, these Answering Defendants ADMIT the allegations set forth therein.

6.      Answering Paragraphs 14, 15, 18, 19, 20, 21 and 22 of Plaintiff's Complaint on file herein, these Answering Defendants lack knowledge, information, and belief as to the truth or falsity of the allegations set forth therein and therefore DENY same.

7.      Answering Paragraph 16 of Plaintiff's Complaint on file herein, this paragraph states a legal conclusion and no response is required by these Answering Defendants; however, to the extent a response is deemed necessary, these Answering Defendants DENY the allegations set forth therein.

## FIRST CAUSE OF ACTION

8.      Answering Paragraph 23 of Plaintiff's Complaint on file herein, these Answering Defendants repeat and re-allege their responses to Paragraphs 1 through 22 of Plaintiff's Complaint on file herein as though set forth in detail.

9.      Answering Paragraph 24 of Plaintiff's Complaint on file herein, this paragraph states a legal conclusion and no response is required by these Answering Defendants; however, to the extent a response is deemed necessary, these Answering Defendants DENY the allegations set forth therein.

10.      Answering Paragraphs 25 and 26 of Plaintiff's Complaint on file herein, these Answering Defendants lack knowledge, information, and belief as to the truth or falsity of the

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

allegations set forth therein and therefore DENY same.

## SECOND CAUSE OF ACTION

11.     Answering Paragraph 27 of Plaintiff's Complaint on file herein, these Answering Defendants repeat and re-allege their responses to Paragraphs 1 through 26 of Plaintiff's Complaint on file herein as though set forth in detail.

12.     Answering Paragraph 28 of Plaintiff's Complaint on file herein, these Answering Defendants ADMIT the allegations set forth therein.

13.     Answering Paragraphs 29, 30 and 32 of Plaintiff's Complaint on file herein, these Answering Defendants DENY the allegations set forth therein.

14.     Answering Paragraph 31 of Plaintiff's Complaint on file herein, these Answering Defendants lack knowledge, information, and belief as to the truth or falsity of the allegations set forth therein and therefore DENY same.

## THIRD CAUSE OF ACTION

15.     Answering Paragraph 33 of Plaintiff's Complaint on file herein, these Answering Defendants repeat and re-allege their responses to Paragraphs 1 through 32 of Plaintiff's Complaint on file herein as though set forth in detail.

16.     Answering Paragraph 34 of Plaintiff's Complaint on file herein, this paragraph states a legal conclusion and no response is required by these Answering Defendants; however, to the extent a response is deemed necessary, these Answering Defendants DENY the allegations set forth therein.

17.     Answering Paragraph 35 a-e of Plaintiff's Complaint on file herein, these Answering Defendants DENY the allegations set forth therein.

18.     Answering Paragraph 36 of Plaintiff's Complaint on file herein, these Answering Defendants lack knowledge, information, and belief as to the truth or falsity of the allegations set forth therein and therefore DENY same.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff was negligent, careless or otherwise at fault in and about the matters herein

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

complained of, which said negligence or fault was the primary and sole cause of the subject

defects, and the sole cause of the damages complained of by Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

At all times and places mentioned in the Complaint, Plaintiff was negligent, careless, or

otherwise at fault in and about the matters set forth in said Complaint.  If Plaintiff sustained, or

will sustain, any damages, the same were proximately and legally caused and contributed to by

the said negligence, carelessness, or otherwise wrongful conduct of Plaintiff, which bars

Plaintiff's recovery herein to the extent of Plaintiff's fault.

## THIRD AFFIRMATIVE DEFENSE

At all relevant times and places, Plaintiff was, or in the exercise of reasonable care,

should have been aware of all the circumstances and conditions then and there existing and

prevailing, but nonetheless, Plaintiff voluntarily and in full appreciation of the potential

consequences thereof, exposed Plaintiff to whatever risks may have been attendant upon such

circumstances and conditions.  Plaintiff's recovery, if any, is therefore barred or must be

diminished to an extent to be determined by the triers of fact.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint, and each and every cause of action therein, fails to allege facts sufficient

to constitute valid causes of action against this Defendant.

## FIFTH AFFIRMATIVE DEFENSE

Any acts or omissions of these Defendants was superseded by the acts or omissions of

others, including Plaintiff, were intervening, independent, proximate and legal causes of any

injury, damage or loss to Plaintiff, either as alleged or otherwise.

## SIXTH AFFIRMATIVE DEFENSE

The acts or omissions of others, including Plaintiff, were intervening, independent,

4

proximate and legal causes of any injury, damage or loss to Plaintiff, either as alleged or otherwise.

## SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiff has incurred or suffered any damages as a result of the alleged activities of these Defendants, such damages are attributable, in whole or in part, to the conduct of Plaintiff in failing to take action to mitigate such purported damages.

## EIGHTH AFFIRMATIVE DEFENSE

Each purported cause of action alleged in the Complaint is uncertain, ambiguous, and unintelligible.

## NINTH AFFIRMATIVE DEFENSE

That any damage or loss sustained by Plaintiff was caused by a risk of which Plaintiff was well-aware and understood and voluntarily assumed onto itself.

## TENTH AFFIRMATIVE DEFENSE

Defendants allege that the injuries claimed to have been suffered by the Plaintiff were caused by a pre-existing or unrelated medical condition, disease or illness of the Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants allege that the injuries claimed to have been suffered by the Plaintiff were caused by a subsequent accident or incident in no way related to the premises owned or operated by Defendants.

## TWELFTH AFFIRMATIVE DEFENSE

Pursuant to NRCP 11, as amended, all possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendants' Answer to Complaint, and therefore, these Defendants reserve the right to amend its Answer to allege additional affirmative defenses, if subsequent investigation so warrants.

5

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1

**PRAYER**

2    WHEREFORE, Defendants, **RANDALL JOSEY** and **VANCORE, INC.**, by and

3 through their undersigned counsel, prays this Honorable Court grant the following relief:

4    1.    That Plaintiff take nothing by virtue of this action and that the same be dismissed

5 with prejudice;

6    2.    That in the alternative, Plaintiff be awarded only such monies as constitute

7 reasonable compensation for those injuries and damages proved by admissible evidence to have

8 been directly and proximately caused by the incident in question, same subject to Plaintiff's

9 independent duty to mitigate damages;

10    3.    For attorney's fees and costs incurred in defending this action; and,

11    4.    For such other and further relief as the Court may deem just, equitable and

12 proper.

13    DATED this 25th day of April, 2022.

14                                    Respectfully submitted,

15                                    RAY LEGO & ASSOCIATES

16

17                                    ___/s/ Timothy F. Hunter_____

18                                    TIMOTHY F. HUNTER, ESQ.
                                      Nevada Bar No. 010622

19                                    7450 Arroyo Crossing Parkway, Suite 250
                                      Las Vegas, NV  89113

20
                                      Attorney for Defendants, **RANDALL JOSEY and**
21                                    **VANCORE, INC.**

22

23

24

25

26

27

28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

## **CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that, on the 25th day of April, 2022, I caused the foregoing **DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, ANSWER TO PLAINTIFF'S COMPLAINT** to be served as follows:

_√__    pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**


_____/s/ Nancy L. Berry_____
        An employee of RAY LEGO & ASSOCIATES

7

Electronically Filed
4/25/2022 3:31 PM
Steven D. Grierson
CLERK OF THE COURT

**CSRE**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:     (702) 479-4350
Fax:     (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **RANDALL JOSEY**
**and VANCORE, INC.**

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| REBECCA ISAACS, an individual | **CASE NO.:    A-22-848096-C** |
| Plaintiff, | **DEPT. NO.:   16** |
| vs. | |
| RANDALL   JOSEY,   an   individual; VANCORE INC., a foreign corporation; DOE INDIVIDUALS  I-X,  inclusive;  and  ROE CORPORATIONS 1-X, inclusive, | |
| Defendants. | |

**DEFENDANT'S CONSENT TO SERVICE BY ELECTRONIC MEANS**

Pursuant to NRCP 5(b)(2)(D) and EJDC Administrative Order 09-12 IT mandating the electronic filing of all civil and criminal court documents effective February 1, 2010;

Defendants, RANDALL JOSEY and VANCORE, INC., by and through their attorney of record, Timothy F. Hunter, Esq., of RAY LEGO & ASSOCIATES, hereby consent to the service of documents totaling 30 pages or less by electronic means (facsimile and/or electronic mail).  Defendants, RANDALL JOSEY and VANCORE, INC., further consent to service of documents consisting of 31 pages or more by electronic mail or U.S. Mail only.

. . .

. . .

. . .

. . .

*(Ray Lego & Associates, 7450 Arroyo Crossing Parkway, Suite 250, Las Vegas, Nevada 89113, Telephone No. (702) 479-4350, Facsimile No. (702) 270-4602)*

1

Service, as described above, may be made to the following:

**RANDALL JOSEY**
**and VANCORE, INC.:**            Timothy F. Hunter, Esq.

Facsimile:      702-270-4602

E-mail:        TFHUNTER@travelers.com and

NBERRY@travelers.com

DATED this 25th day of April, 2022.

Respectfully submitted,

RAY LEGO & ASSOCIATES


_____/s/ Timothy F. Hunter_____
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113

Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

1

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO &
ASSOCIATES and that, on the 25th day of April, 2022, I caused the foregoing
**DEFENDANT'S CONSENT TO SERVICE BY ELECTRONIC MEANS** to be served as
follows:

__√_   pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**


_____/s/ Nancy L. Berry_____
An employee of RAY LEGO & ASSOCIATES

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

3

Electronically Filed
4/25/2022 3:31 PM
Steven D. Grierson
CLERK OF THE COURT

**DMJT**
TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
Tel:    (702) 479-4350
Fax:    (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **RANDALL JOSEY
and VANCORE, INC.**

*Ray Lego & Associates*
*7450 Arroyo Crossing Parkway, Suite 250*
*Las Vegas, Nevada 89113*
*Telephone No. (702) 479-4350*
*Facsimile No. (702) 270-4602*

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| REBECCA ISAACS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL   JOSEY,   an   individual;<br>VANCORE INC., a foreign corporation; DOE<br>INDIVIDUALS I-X, inclusive; and ROE<br>CORPORATIONS 1-X, inclusive,<br><br>Defendants. | CASE NO.:   **A-22-848096-C**<br><br>DEPT. NO.:  **16** |

### DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, DEMAND FOR JURY TRIAL

TO:    CLERK OF THE ABOVE-ENTITLED COURT

Defendants, RANDALL JOSEY and VANCORE, INC., by and through their attorney,

Timothy F. Hunter, Esq., of RAY LEGO & ASSOCIATES, hereby demands that a trial of the

above-entitled action be heard before a jury.

DATED this 25th day of April, 2022.

Respectfully submitted,

RAY LEGO & ASSOCIATES

_____/s/ Timothy F. Hunter_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113

Attorney for Defendants, **RANDALL JOSEY and
VANCORE, INC.**

1

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that, on the 25th day of April, 2022, I caused the foregoing **DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, DEMAND FOR JURY TRIAL** to be served as follows:

_√__   pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**


_____/s/ Nancy L. Berry_____
An employee of RAY LEGO & ASSOCIATES

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

2

Electronically Filed
4/25/2022 3:31 PM
Steven D. Grierson
CLERK OF THE COURT

1  **DSST**
TIMOTHY F. HUNTER, ESQ.
2  Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
3  7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113
4  Tel:     (702) 479-4350
Fax:     (702) 270-4602
5  tfhunter@travelers.com

6  Attorney for Defendants, **RANDALL JOSEY**
**and VANCORE, INC.**

7

DISTRICT COURT

8

CLARK COUNTY, NEVADA

9

| | |
|---|---|
| REBECCA ISAACS, an individual | **CASE NO.:    A-22-848096-C** |
| Plaintiff, | **DEPT. NO.:   16** |
| vs. | |
| RANDALL     JOSEY,     an     individual; VANCORE INC., a foreign corporation; DOE INDIVIDUALS  I-X,  inclusive;  and  ROE CORPORATIONS 1-X, inclusive, | |
| Defendants. | |

16  **DEFENDANTS, RANDALL JOSEY'S AND VANCORE, INC.'S, RULE 7.1**
**DISCLOSURE**

17

18          Pursuant  to  Nev.  R.  Civ.  P.  7.1,  Defendant,  VANCORE,  INC.,  by  and  through  its

19  attorneys of record, Timothy F. Hunter, Esq., of RAY LEGO & ASSOCIATES, makes the

20  following disclosures:

21          Defendant,  VANCORE,  INC.,  states  that  it  is  a  foreign  corporation  with  no  parent

22  corporations and with no publicly held corporation owning 10% or more of its stock.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

1

1    Defendant, VANCORE, INC., is unaware of any publicly held entity with a direct

2  financial interest in the outcome of the instant litigation.

3    DATED this 25th day of April, 2022.

4    Respectfully submitted,

5    RAY LEGO & ASSOCIATES

6

7    _____/s/ Timothy F. Hunter_____

8    TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV  89113

9

10    Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

1

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that I am an employee of RAY LEGO & ASSOCIATES and that, on the 25th day of April, 2022, I caused the foregoing **DEFENDANT, VANCORE, INC.'S, RULE 7.1 DISCLOSURE** to be served as follows:

__√_   pursuant to N.E.F.C.R. 9 by serving it via electronic service.

Traysen N. Turner, Esq., #16017
THE POWELL LAW FIRM
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
tturner@tplf.com
P: 702-728-5500
F: 702-728-5501
Attorney for Plaintiff, **REBECCA ISAACS**


_____/s/ Nancy L. Berry_____
An employee of RAY LEGO & ASSOCIATES

Ray Lego & Associates
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, Nevada 89113
Telephone No. (702) 479-4350
Facsimile No. (702) 270-4602

3

Electronically Filed
5/13/2022 5:00 PM
Steven D. Grierson
CLERK OF THE COURT

Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone: 702.728.5500 | Fax: 702.728.5501
paul@tplf.com | tturner@tplf.com
Attorneys for Plaintiff

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| REBECCA ISAACS, an individual, | Case No. A-22-848096-C |
| Plaintiff, | Dept. No. 16 |
| v. | |
| RANDALL JOSEY, an individual; VANCORE INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | **PLAINTIFF'S REQUEST FOR EXEMPTION FROM ARBITRATION** |
| Defendants. | |

Plaintiff Rebecca Isaacs, hereby requests the above-captioned matter be exempted from Arbitration pursuant to Nevada Arbitration Rules 3 and 5, as this case:

1.   _____   presents a significant issue of public policy;

2.   __X__   involves an amount in issue in excess of $50,000 exclusive of interest and costs;

3.   _____   presents unusual circumstances, which constitute good cause for removal from the program.

. . .

## I.     SUMMARY OF CRITICAL FACTS

On July 14, 2021, Plaintiff was rear-ended by a semi-truck driven by Defendant Randall Josey during the course and scope of his employment with Defendant Vancore Inc. Plaintiff sustained injuries and received medical treatment as a result.

Following the crash, Plaintiff was transported to UMC Hospital by ambulance, with pain in her neck. She was released the same day. On July 20, 2021, Plaintiff presented to Align Med Chiropractic for treatment, complaining of pain in her neck, back, elbow, hands, and wrists. The chiropractor referred her to DiMuro Pain Management due to continued pain in her neck, wrist, fingers and back.  Plaintiff's pain management doctor recommended she undergo bilateral C4-C5 and C5-C6 transforaminal epidural steroid injections.[1] These injections are often used to diagnose and treat patients with radicular pain originating from the spine and typically lead to further treatment, oftentimes including surgery. Indeed, when discogenic pain is present it is common practice for a second round of injections to be recommended in order to confirm the diagnosis. Such confirmation commonly gives way to a major surgery recommendation.

Plaintiff was recommended to undergo the neck injections on October 18, 2021. However, at her most recent pain management appointment, dated April 6, 2022, Plaintiff's doctor noted, "Unfortunately, her neck discomfort has worsened since her last visit with us. She is still interested in proceeding with the recommended pain intervention and will look to schedule at her earliest convenience."[2] Plaintiff has completed her chiropractic care and fully intends to pursue her doctors' recommendations for future care.

Plaintiff's medical bills currently total $32,588.44 and Plaintiff has been recommended to undergo injections at a cost of $15,790.00. The total of Plaintiff's current medical specials, future medical specials, and pain and suffering is above the threshold of a probable jury award of more than $50,000.00.

---

[1] *See* DiMuro Pain Management Recommendation for Cervical Transforaminal Epidural Steroid Injections, dated October 18, 2021, attached as **Exhibit 1**.

[2] *See* DiMuro Pain Management Medical Record, dated April 6, 2022, attached as **Exhibit 2**.

Accordingly, Plaintiff requests that this matter be exempted from arbitration.  A breakdown of Plaintiff's medical specials is provided below:

| DATE OF SERVICES | PROVIDER | CHARGES |
|---|---|---|
| 007/20/2021 to 09/23/2021 | Align Med | $7,300.00 |
| 07/14/2021 | American Medical Responses | $1,395.05 |
| 08/26/2021 to 04/06/2022 | DiMuro Pain Management | $2,650.00 |
| 08/04/2021 to 03/24/2022 | MD Neurology | $1,535.00 |
| 07/14/2021 | Sound Physician Emergency Medicine | $1,196.00 |
| 07/14/2021 | UMC Hospital | $18,512.39 |
| | Total | $32,588.44 |

## II.    CONCLUSION

Plaintiff requests this matter be exempted from arbitration as the damages sustained by Plaintiff exceed $50,000.

Pursuant to NRCP 11, I hereby certify this case to be within the exemption marked above and I am aware of the sanctions, which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

Dated May 13, 2022.                              THE POWELL LAW FIRM

/s/ Traysen N. Turner
Paul D. Powell (7488)
Traysen N. Turner (16017)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148

- 3 -

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that on 13th day of May 2022, the

<u>**PLAINTIFF'S REQUEST FOR EXEMPTION FROM ARBITRATION**</u> was served via electronic service to the

following counsel of record:

Timothy F. Hunter (10622)
**RAY LEGO & ASSOCIATES**
7450 Arroyo Crossing Parkway, Suite 250
Henderson, Nevada 89113
Attorney for Defendant

/s/ Michelle Temoche

An Employee of **THE POWELL LAW FIRM**

# EXHIBIT 1



**DIMURO PAIN MANAGEMENT**

| **Provider:** | Tanner Croshaw | **Phone:** | 702-747-4799 |
|---|---|---|---|
| **File #** | 4936 | **Fax:** | 702-747-4667 |
| **Patient:** | Isaacs, Rebecca | **Email:** | Office@DiMuroPain.com |
| **DOB:** | December 23, 1965 | **Website:** | www.DiMuroPain.com |
| **DOA:** | July 14, 2021 | | |

# INTERVENTIONAL PAIN PROCEDURE
## COST ESTIMATE

| **DATE OF RECOMMENDATION:** | October 18, 2021 |
|---|---|

| **ATTORNEY:** | The Paul Powell Law Firm |
|---|---|

## <u>LOCATION:</u>

| **FACILITY LOCATION:** | DiMuro Pain Management |
|---|---|

| **PROCEDURE(S):** | Bilateral C4-C5,C5-C6 Transforaminal Epidural Steroid Injection |
|---|---|

## <u>ESTIMATED COSTS:</u>

| **PHYSICIAN PROVIDER PROPOSED FEES:** | $ N/A |
|---|---|
| **ANESTHESIOLOGIST PROPOSED FEES:** | $ 1,295.00 |
| **FACILITY FEE:** | $ 14,495.00 |
| **TOTAL:** | $ 15,790.00 |

NORTH LAS VEGAS LOCATION
3970 W. Ann Rd., Suite 100
N. Las Vegas, NV 89031
P: (702) 747-4799
F: (702) 747-4667

CENTRAL LAS VEGAS LOCATION:
5550 W. Flamingo Rd., Suite A2
Las Vegas, NV 89103
P: (702) 747-4799
F: (702) 747-4667

# EXHIBIT 2



**DiMuro Professional Services**

Provider: Lawrence Lopez
File #: 4936
Patient: ISAACS, Rebecca
DOB: 12/23/1965
DOA: 7/14/2021
Date of Service: 4/6/2022

Phone: 702-747-4799
Fax: 702-747-4667
Email: Billing@DiMuroPain.com
Website: www.DiMuroPain.com

---

Isaacs, Rebecca

---

### FOLLOW-UP VISIT

jb: Rebecca returns today for a follow-up visit. We last saw her on February 23, 2022, for a follow-up. Since her last visit with us, she has completed her chiropractic care. She had her routine follow-up with Dr. Ted Agtay from MD Neurology. Today, she expressed her neck pain has worsened. Rebecca is currently not taking any kind of pain medications.

**PHYSICAL EXAMINATION:**
GENERAL: Pleasant, age appearing. She presents alone.
CERVICAL SPINE: Patient's active ROM is full in flexion, extension and side bending. Rotation testing is greater than 45° bilaterally. There is tenderness to palpation over the paraspinal and trapezius musculature. Pain is reproduced with palpation over the C4-6 facet joints worsened with extension and rotation. Prolonged extension radiates pain into the trapezius musculature, inter-scapular area, and occiput. Negative Spurling's maneuver bilaterally.
NEURO: CN II-XII are grossly intact. C5-T1 myotome strength is symmetrical at 5/5.

**IS PATIENT STILL IN AN ACTIVE FORMAL REHABILITATION PROGRAM?**
No

**CURRENT MEDICATIONS:**
Tizanidine 4mg
Gabapentin 300mg
Duloxetine 30mg
Buspirone 10mg

**CURRENT WORK STATUS:**
Chili's restaurant, 16 hours per week, 24 years.

**OTHER MEDICAL CONSULTANTS INVOLVED IN CARE FOR THIS INJURY:**
**Hospital:**
UMC Hospital - CT Cervical Spine - WNL
**Chiropractic:**
Align Chiropractic
**Neurology:**
MD Neurology

**DIAGNOSTIC STUDY REVIEW:**
**August 2, 2021: MRI of Cervical Spine @ Align Med**
Findings: The cervical vertebrae maintain their normal alignment and are intact. There is no evidence for infraction, focal destructive lesion, or subluxation. No abnormal paravertebral soft tissue mass effect is identified.
Disc height are well maintained in the cervical spine. There is desiccation of all cervical intervertebral discs. Marginal osteophytes project from the opposing vertebral body endplates at the C4-C5 through C6-C7 levels.

---



**DiMuro Professional Services**

Provider: Lawrence Lopez
File #: 4936
Patient: ISAACS, Rebecca
DOB: 12/23/1965
DOA: 7/14/2021
Date of Service: 4/6/2022

Phone: 702-747-4799
Fax: 702-747-4667
Email: Billing@DiMuroPain.com
Website: www.DiMuroPain.com

C2-C3: Central posterior disc protrusion extends 1-2 mm into the central spinal canal. There is no significant central spinal canal stenosis or significant neural foraminal encroachment.

C3-C4: Posterior disc bulge extends 1-2 mm into the central spinal canal.

C4-C5: Central posterior disc protrusion extends 1-2 mm into the central spinal canal. There is no significant central spinal canal stenosis or significant neural foraminal encroachment.

C5-C6: Broad-based central/right paracentral posterior disc protrusion extends 2 mm into the central spinal canal. There is no significant central spinal canal stenosis or significant neural foraminal encroachment.

C6-C7: Left paracentral posterior disc protrusion extends 1-2 mm into the central spinal canal.

There is no significant central spinal canal stenosis or significant neural foraminal encroachment.

C7-T1: No significant abnormality.

The cervical spinal cord is normal in configuration, caliber, and signal intensity. No abnormal central spinal canal masses are identified.

Interpretation:

1. Posterior disc protrusion C2-C3, C4-C5, C5-C6, and C6-C7 levels.

2. There is no significant central spinal canal stenosis or significant neural foraminal encroachment in the cervical spine.

**PREVIOUS PAIN PROCEDURES:**
None for this injury

**NON-INJURY DIAGNOSES (if applicable):**
Treatment for "chronic pressure in the head"; has had an MRI of her neck.

**RADIOGRAPHIC DIAGNOSES:**
C4-5: 1-2 mm disc protrusion
C5-C6: 2 mm disc protrusion

**IMPRESSION & PLAN:**
**- Injuries sustained in an MVA involving a semi-truck on July 14, 2021**
**- Cephalgia; history of "head pressure" for which she was treated and had an MRI of her neck; treating with neurology**
**- Cervicalgia; traumatic enthesopathy with concern over symptomatic disc displacement; status post-MRI**
**- Thoracic Spine Pain, improved**
**- Bilateral wrist Pain, has improved**

**PLAN:**
1. Continue at-home stretching and exercises as tolerated
2. Schedule previously recommended cervical steroid injections for pain relief
3. Follow-up in 6 weeks for reevaluation

We had a nice visit today. Unfortunately, her neck discomfort has worsened since her last visit with us. She is still interested in proceeding with the recommended pain intervention and will look to schedule at her earliest convenience. She understands and agrees with the plan moving forward. She will contact the office with any questions or concerns in the interim.

ll//



DiMuro Professional Services

Provider: Lawrence Lopez

File #: 4936

Patient: ISAACS, Rebecca

DOB: 12/23/1965

DOA: 7/14/2021

Date of Service: 4/6/2022

Phone: 702-747-4799

Fax: 702-747-4667

Email: Billing@DiMuroPain.com

Website: www.DiMuroPain.com