# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA ISAACS,<br>　　Plaintiff(s),<br>v.<br>RANDALL JOSEY, et al.,<br>　　Defendant(s). | Case No. 2:22-cv-00788-RFB-NJK<br><br>**Order** |

　　The parties were ordered to file a stipulated discovery plan by June 8, 2022. Docket No. 6. The parties have not done so. The parties are hereby **ORDERED** to file, no later than June 22, 2022, a joint proposed discovery plan. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

　　IT IS SO ORDERED.

　　Dated: June 17, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge