TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:   (702) 479-4350
Fax:   (702) 270-4602
tfhunter@travelers.com

Attorney for Defendants, **RANDALL JOSEY**
**and VANCORE, INC.**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA ISAACS, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RANDALL JOSEY, an individual; VANCORE INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS 1-X, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-00788-RFB-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in this matter.

DATED this 20 day of December, 2022     DATED this 21st day of December, 2022

THE POWELL LAW FIRM

_____
TRAYSEN N. TURNER, ESQ., #16017
8918 Spanish Ridge Ave., Suite 100
Las Vegas, NV 89148
Attorney for Plaintiff, **REBECCA ISAACS**

RAY LEGO & ASSOCIATES

_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record, and representation having been made that there is no trial date presently set for this matter; it is hereby

ORDERED, ADJUDGED AND DECREED that the Complaint for the claims of Plaintiff, Rebecca Isaacs, filed in the above-entitled case be hereby dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED this 27th day of December, 2022.

_____
RICHARD F. BOULWARE, II
**United States District Court**

Respectfully Submitted By:

RAY LEGO & ASSOCIATES

By: _____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113

Attorney for Defendants, **RANDALL JOSEY and VANCORE, INC.**